MELLINGER, SANDERS & KARTZMAN, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Steven P. Kartzman, Esq.
Adam G. Brief, Esq.
*Attorneys for Steven P. Kartzman,*
*as Chapter 7 Trustee*

| In re:<br><br>GILBERT L. GREENSTEIN<br>AND RISA GREENSTEIN,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br><br>CASE NO.: 13-26231 RG<br><br>The Honorable Rosemary Gambardella<br><br>HEARING DATE: See Order Shortening Time<br><br>**Oral Argument Requested Only**<br>**If Opposition Timely Filed & Served** |
|---|---|

**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION IN
SUPPORT OF MOTION FOR AN ORDER (I) APPROVING
PRIVATE SALE OF PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS
PURSUANT TO 11 U.S.C. § 363; (II) WAIVING 14 DAY STAY
OF ORDER; AND (III) GRANTING RELATED RELIEF**

TO:    ALL PARTIES ON ANNEXED SERVICE LIST

PLEASE TAKE NOTICE that on a date and time to be set by the Bankruptcy Court, the Chapter 7 Trustee, Steven P. Kartzman, by and through his attorneys, Mellinger, Sanders & Kartzman, LLC, will apply to the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, P.O. Box 1352, Newark, New Jersey 07101-1352, the Honorable Rosemary Gambardella presiding, for an Order (i) Authorizing the Private Sale of

1

Property of the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363; (ii) Waiving 14 Day Stay of Order; and (iii) Granting Related Relief (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an Order authorizing the Trustee to conduct a sale of property of the estate, specifically all of the estate's right, title and interest in RX Initiative LLC, free and clear of all liens, claims and interests pursuant to 11 U.S.C. § 363, and granting the other relief requested, or if you want the Court to consider your views on the motion or if you want to make a higher or better offer to purchase the aforementioned property, then you or your attorney must file with the Court a written response explaining your position. Such a request must: (a) be in writing; (b) state with particularity the basis of your objection or the terms of your higher and better offer; and (c) be filed with the Court at the following address:

> Clerk, United States Bankruptcy Court
> Martin Luther King Jr. Federal Building
> 50 Walnut Street, 3rd Floor
> P.O. Box 1352
> Newark, New Jersey 07101-1352

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it in by the deadline set forth in the Order Shortening Time.

You must also mail a copy to:

> Mellinger, Sanders & Kartzman, LLC
> Attn.: Steven P. Kartzman, Esq.
> 101 Gibraltar Drive, Suite 2F
> Morris Plains, New Jersey 07950
> *Attorneys for Trustee*

*and to the*

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, New Jersey 07102

In support of this motion, the Trustee shall rely on the Application in Support of the Motion, submitted herewith, the Exhibits annexed thereto, and the arguments of counsel, if any. A Statement as to Why No Brief is Necessary and proposed form of Order are also being submitted herewith.

Oral argument is hereby requested.

**MELLINGER, SANDERS, KARTZMAN, LLC**
*Attorneys for Trustee*

By: /s/ Steven P. Kartzman
Steven P. Kartzman

Dated: January 8, 2014

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

By this Application, the Trustee seeks an Order (i) Authorizing the Private Sale of Property of the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363; (ii) Waiving 14 Day Stay of Order; and (iii) Granting Related Relief. The issues before the Court are whether there are grounds to authorize a sale of property of the estate, and to grant the related relief sought therein. The law is well settled, and therefore no brief is required.

**MELLINGER, SANDERS, KARTZMAN, LLC**
*Attorneys for Trustee*

By: /s/ Steven P. Kartzman
Steven P. Kartzman

Dated: January 8, 2014

## Service List

Stephen B. Ravin, Esq.
Saul Ewing, LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
*Attorneys for Lexicon Investments LLC*

William C. Soukas, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
*Attorneys for RX Initiative, LLC & GRX Holdings, LLC*

Christopher P. Massaro, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
Court Plaza North
Hackensack, New Jersey 07602-0800
*Attorneys for Lawrence Margolis and Link Asset Management, LLC*

Martin Margolis, Esq.
The Margolis Law Firm
Five Becker Farm Road
Roseland, New Jersey 07068
*Attorneys for Debtors*

Adam Medici
203 Washington Street
Hoboken, New Jersey 07030
*Interested Party*