MELLINGER, SANDERS & KARTZMAN, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Steven P. Kartzman, Esq.
Adam G. Brief, Esq.
*Attorneys for Steven P. Kartzman,*
*as Chapter 7 Trustee*

| In re: <br><br> GILBERT L. GREENSTEIN AND RISA GREENSTEIN, <br><br> Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY <br><br> CHAPTER 7 <br><br> CASE NO.: 13-26231 RG <br><br> The Honorable Rosemary Gambardella |
|---|---|

**ORDER (I) APPROVING PRIVATE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363; (II) WAIVING 14 DAY STAY OF ORDER; AND (III) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

Page 2

**Debtor:** Gilbert L. Greenstein & Risa Greenstein

**Case No. 13-26231 RG**

**Caption of Order:** ORDER (I) APPROVING PRIVATE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363; (II) WAIVING 14 DAY STAY OF ORDER; AND (III) GRANTING RELATED RELIEF

---

**THIS MATTER** having been brought before the Court upon the application of Steven P. Kartzman, as Chapter 7 Trustee (the "Trustee"), through his attorneys Mellinger, Sanders & Kartzman, LLC, seeking entry of an order (i) Authorizing the Private Sale of Property of the Estate Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363; (ii) Waiving 14 Day Stay of Order; and (iii) Granting Related Relief; and it appearing that notice of the motion has been duly served; and the Court having considered opposition to the Motion and the arguments of counsel, if any, and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Trustee shall be and hereby is authorized and directed to sell all of the estate's right, title and interest in RX Initiative LLC to Lexicon RX, LLC ("Lexicon RX") for the sum of $55,000 free and clear of all liens, claims, interests, and encumbrances, pursuant to 11 U.S.C. § 363(b).

2. Lexicon RX is a good faith purchaser for value within the meaning of 11 U.S.C. § 363(m).

3. The Trustee shall be and hereby is authorized and directed to convey all of the estate's right, title and interest in RX Initiative LLC to Lexicon RX, and to take all actions as

2

Page 3

Debtor: Gilbert L. Greenstein & Risa Greenstein

Case No. 13-26231 RG

Caption of Order: **ORDER (I) APPROVING PRIVATE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS PURSUANT TO 11 U.S.C. § 363; (II) WAIVING 14 DAY STAY OF ORDER; AND (III) GRANTING RELATED RELIEF**

---

may reasonably be required that are consistent with this Order for the purpose of effectuating the proposed sale.

4.  The stay of any sale pursuant to the terms of this Order as set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived and the Trustee and Lexicon may consummate the sale approved herein immediately upon entry of this Order.

5.  The Court shall retain jurisdiction to enforce the terms of the within Order.

*End of Order.*